CIV-25-409-G

## Amended ~~Pleading~~ As A Matter Of Course
### complaint

FILED

JUN 18 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Amendment of pleading As A Matter Of Course for relief sought, pursuant to Fed. R. Civ. P 15(a) Petition to INCLUDE IMMEDIATE RETURN OF CHILDREN under relief sought. This relief was stated in initial statement of claim but forgot to add to title under RELIEF.

Pursuant to Fed. R. Civ. P 15(a)(3) any required response by the defendant to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading.

X Angelia Wade

6-18-25